RECEIVED & FILED

'06 JUN 28 P3 :32

U.S. BANKRUPTCY
PATRIC...

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S-95-25093 LBR |
| Grand Airways, Inc. | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | ) NOTICE OF UNCLAIMED FUNDS |

TO:   Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| N/A | McDonnel Douglas purchased by:<br>The Boeing Company<br>2201 Seal Beach Blvd<br>Mail Code WSB-35<br>PO Box 2515<br>Seal Beach CA 90740-1515 | | $ 1,023.12 |
| | Sub-Totals | $ 0.00 | $ 1,023.12 |
| | Total check | | $ 1,023.12 |

Date: 6/21/06

_____
Trustee William A. Leonard, Jr.

Note:   Claims that are $25.00 or less go into CAS 106000.
        Claims that are more than $25.00 to into CAS 613300.
        The amounts that are to be deposited into the registry can be written on one check.

Receipt #180143    $1,023.12